■ In the Matter of GINA ROMANO, Appellant, v NEW YORK CITY HOUSING AUTHORITY et al., Respondents. [994 NYS2d 592]—

Order, Supreme Court, New York County (Eileen A. Rakower, J.), entered June 26, 2013, which denied the petition to vacate the determination of respondent New York City Housing Authority, dated August 1, 2012, terminating petitioner's tenancy, unanimously affirmed, without costs.

The record shows that investigators discovered petitioner's son, without his shirt or shoes on, in the apartment. The son told investigators that petitioner had let him the day before when he went there to pick up clothing, which he stored there, and that he decided to spend the night (*see Matter of Liverman v New York City Hous. Auth.*, 118 AD3d 580 [1st Dept 2014]).

Under the circumstances presented, the penalty of termination does not shock our sense of fairness (*see Matter of Horne v New York City Hous. Auth.*, 113 AD3d 575 [1st Dept 2014]). Petitioner allowed her son, who had stabbed someone to death while he was an authorized occupant in her apartment, to enter the apartment after he had been excluded. Although the penalty imposed will likely have significant adverse consequences for petitioner, the other residents of the development should not be placed at risk by the criminal activities of petitioner's son (*see Matter of Featherstone v Franco*, 95 NY2d 550, 555 [2000]; *Matter of Cruz v New York City Hous. Auth.*, 106 AD3d 631 [2013]; *Matter of Gibbs v New York City Hous. Auth.*, 82 AD3d 412, 413 [1st Dept 2011]). Concur—Tom, J.P., Sweeny, Renwick, Andrias and Clark, JJ.